■ In the Matter of KASEEM J., and Another, Infants. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; JAMAL J., Appellant. [872 NYS2d 303]—Appeal from an order of the Family Court, Monroe County (Gail A. Donofrio, J.), entered April 27, 2007 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Family Court. Present—Smith, J.P., Centra, Fahey, Green and Pine, JJ.